FILED

JAN 15 2010

By PATRICK E. DUFFY, CLERK
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR 03-07-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION |
| | ) | TO DEPOSE TONY EDWARDS |
| MATTHEW EVANS DOWD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This case comes before the Court on Defendant/Movant Matthew Dowd's

motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Dowd is

a federal prisoner proceeding with counsel Palmer Hoovestal.

On December 11, 2009, some of Dowd's claims were denied on the merits.

Order Denying Some Claims (doc. 148). As to the remaining claims, a protective

order and scheduling order were issued. Protective Order and Scheduling Order (doc.

149).

On December 24, 2009, Defendant/Movant Matthew Evans Dowd moved for

ORDER GRANTING MOTION TO DEPOSE TONY LAVAN EDWARDS / PAGE 1

leave to depose Tony Lavan Edwards.[1]  While the Court found Edwards' testimony

would be "of minimal relevance or cumulative of trial testimony," Order Denying

Some Claims at 12, the United States failed to respond to the motion, despite telling

Dowd it objected.  The United States is not required to respond to a § 2255 motion

until ordered to do so.  Rule 5(a), Rules Governing Section 2255 Cases.  Once an

Answer is filed, the United States is responsible for protecting its own interests.

Pursuant to L.R. 12.1(c), the motion is subject to summary ruling.

Accordingly, IT IS HEREBY ORDERED that Dowd's motion for leave to

depose Tony Lavan Edwards (doc. 150) is GRANTED.

DATED this __15__ day of January, 2010.

Donald W. Molloy
United States District Court

---

[1] Dowd characterized his motion as a motion to modify the protective order and scheduling order.  That order preauthorizes deposition of certain witnesses and permits the parties to request leave to depose others.  Protective Order and Scheduling Order at 5 ¶ 5.  Dowd is not asking to modify the order.

ORDER GRANTING MOTION TO DEPOSE TONY LAVAN EDWARDS / PAGE 2