TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59801
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Tara.Elliott@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 03-7-M-DWM |
|---|---|
| Plaintiff/Respondent, | |
| vs. | **MOTION FOR HEARING** |
| MATTHEW EVANS DOWD, | |
| Defendant/Petitioner | |

Plaintiff United States of America, by and through the undersigned Assistant United States Attorney for the District of Montana, moves this Court for its order allowing an evidentiary hearing

in this matter.

The basis for this motion is that on February 18, 2010, the government became aware that the defense is seeking to depose eight different people in regards to this matter. These depositions are expected to take place in Utah, Colorado, Illinois, and Montana. The government sees no need for this discovery in light of the fact that we intend to request an evidentiary hearing and that affidavits from seven of these individuals were filed with the court. However, the government concedes that a deposition of Michael Bailey - who did not file an affidavit - may be appropriate.

Palmer Hoovestal, counsel for defendant Dowd, has been contacted as to his position on this motion and he objects.

Wherefore, the United States respectfully requests the Court grant Plaintiff's motion for an evidentiary hearing.

DATED this 19th day of February, 2010.

                                      MICHAEL W. COTTER
                                      United States Attorney

                                      */s/ Tara J. Elliott*
                                      TARA J. ELLIOTT
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff/Respondent

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2010, a copy of the foregoing document was served on the following persons by the following means:

    (1,2 )    CM/ECF
    ( )    Hand Delivery
    ( )    U.S. Mail
    ( )    Overnight Delivery Service
    ( )    Fax
    ( )    E-Mail

1. Clerk, U.S. District Court

2. Palmer A. Hoovestal, Esq.
   P.O. Box 747
   Helena, MT 59624
   palmer@hoovestal-law.com

    */s/ Tara J. Elliott*
    Tara J. Elliott
    Assistant U.S. Attorney
    Attorney for Plaintiff/Respondent