IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR 03-07-M-DWM |
| | ) | |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | ORDER AMENDING SCHEDULE |
| | ) | |
| MATTHEW EVANS DOWD, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

On March 31, 2010, Defendant/Movant Dowd moved for leave to take a deposition in this proceeding under 28 U.S.C. § 2255 after the discovery deadline of March 30, 2010. He also seeks to extend certain filing deadlines. Dowd represents that the United States does not object.

Further extensions of time are not likely to be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Dowd's motion for leave to take a deposition on April 19, 2010 (doc. 167), is GRANTED.

2. The parties must file a joint status report on or before **April 30, 2010**.

ORDER DENYING UNITED STATES' MOTION FOR HEARING / PAGE 1

3. On or before **May 14, 2010**, one complete copy of each deposition must be filed in PDF form in the electronic record, and each party must file a brief in support of its position. Leave to file any deposition of counsel or of Dowd under seal is GRANTED.

4. Each party may file a brief in response on or before **May 28, 2010.**

DATED this ___ day of April, 2010.

Donald W. Molloy
United States District Court

ORDER DENYING UNITED STATES' MOTION FOR HEARING / PAGE 2